IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | / | |
| | / | Related Case **09-35868** |
| Michael Sauve | | |
| Jolynn Sauve, | / | Judge **Richard L. Speer** |
| Debtors, | / | Adversary Case 10-3016 |
| Michael Sauve | / | |
| Jolynn Sauve, | | |
| Plaintiffs, | / | |
| -vs- | | |
| | / | **ORDER FOR** |
| GMAC Mortgage Corporation | | **DEFAULT JUDGMENT** |
| Servicer For The Bank of | / | |
| New York Mellon Trust Company | | |
| | / | |
| Defendant. | | |
| | / | |

**UPON MOTION** of the Plaintiffs for default judgment, and for good cause shown, the Court finds said Motion to be well-taken, and

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Plaintiffs be granted Judgment against the Defendant, GMAC Mortgage Corporation, Servicer for the Bank of New York Mellon Trust Company; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that GMAC Mortgage Corporation, Servicer for the Bank of New York Mellon Trust Company release its mortgage which was assigned on November 24, 2009 in Volume 2009, Page 17235 in the Allen County Recorder's Office (Mortgage is attached and incorporated herein by reference) upon completion of the Chapter 13 Plan. In the event GMAC Mortgage Corporation, Servicer for the Bank of New York Mellon Trust Company fails

to release the mortgage upon completion of the Plan that the Debtor(s) will be entitled to all expenses incurred including reasonable attorney fees in obtaining the release.

_____
Judge Richard L. Speer

4/15/10